DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**PALM BEACH POLO, INC.,**
Appellant,

v.

**THE VILLAGE OF WELLINGTON,** a Florida municipality,
Appellee.

Nos. 4D20-284 and 4D20-285

[April 1, 2021]

Consolidated appeals from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Lisa S. Small, Judge; L.T. Case Nos. 50-2019-CA-000775-XXXX-MB and 50-2019-CA-000836-XXXX-MB.

Alexander L. Domb of Alexander L. Domb, P.A., Wellington, for appellant.

Claudio Riedi of Lehtinen Schultz PLLC, Miami, and Laurie Stilwell Cohen and Rachel Bausch, Wellington, for appellee.

PER CURIAM.

*Affirmed.*

LEVINE, C.J, GROSS and KLINGENSMITH, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***